IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

**PHYLIS JEAN FLEMMING,**

      CASE NO.: 2023-CA-

    **Plaintiff,**

vs.

**RACETRAC, INC.**

    **Defendant.** _____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW Plaintiff, PHYLIS JEAN FLEMMING, by and through the undersigned counsel and sues the Defendant, RACETRAC, INC., alleging as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter in that it is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of costs and interest.
2. Venue is proper in Lee County as the subject property is located in Lee County, Florida.

### GENERAL ALLEGATIONS

3. Defendant, RACETRAC, INC., is now, and at all times mentioned herein was, a corporation duly organized and existing under the laws of Georgia and duly authorized and licensed to do business in the State of Florida.
4. On or about July 17, 2021, Defendant, RACETRAC, INC., was responsible for the premises located at 4551 South Cleveland Avenue, Fort Myers, Lee County, Florida.
5. On or about July 17, 2021, Defendant, RACETRAC, INC., owned, operated, managed and/or controlled the subject premises located at 4551 South Cleveland Avenue, Fort Myers, Lee County, Florida, which was open to the general public.
6. At all times material to this cause of action, Plaintiff, PHYLIS JEAN FLEMMING, was on the premises as a patron of RaceTrac, Inc., to purchase gasoline, and therefore was upon the premises as a business invitee.

7. On or about July 17, 2021, Plaintiff, PHYLIS JEAN FLEMMING, was injured when she slipped and fell on a transitory foreign substance while exiting her vehicle to pump gasoline.

## **COUNT I – NEGLIGENCE**

Plaintiff, PHYLIS JEAN FLEMMING, realleges paragraphs one (1) through seven (7) as set fourth herein and further alleges:

8. At all times material to this cause of action, Defendant, RACETRAC, INC., as owner, operator and/or manager, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.
9. Defendant, RACETRAC, INC., its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:
    a.  Failing to provide a safe place for its invitees;
    b.  Creating an unreasonably dangerous condition;
    c.  Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;
    d.  Failing to inspect, discover and correct the aforementioned dangerous condition;
    e.  Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,
    f.  Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against the same.
10. Defendant, RACETRAC, INC., knew, or in the existence of reasonable care should have known, of the existence of the dangerous or hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.
11. As a result, Plaintiff, PHYLIS JEAN FLEMMING, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, aggravation of a pre- existing condition, and numerous medical expenses. These losses are either permanent or continuing in nature and Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, PHYLIS JEAN FLEMMING, sues the Defendant, RACETRAC, INC., for compensatory damages in an amount in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs, and demands a trial by jury of all issues so triable as of right by a jury.

**GOLDSTEIN, BUCKLEY, CECHMAN, RICE & PURTZ, P.A.**
Attorneys for Plaintiff
Post Office Box 2366
Fort Myers, Florida 33902
(239) 334-1146 (Telephone)
(239) 334-3039 (Facsimile)

By: /s/ *Christopher J. Smith*
Christopher J. Smith
Florida Bar No.: 0046260
*cjs@gbclaw.com*
*cjsservice@gbclaw.com*